[No. 28075-2-II.   Division Two.   April 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER C. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01338-8, D. Gary Steiner, J., entered October 31, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[Nos. 28239-9-II; 28929-6-II.   Division Two.   April 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ERWIN PFAFF, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 01-1-00388-7, James E. Rulli, J., entered December 13, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28653-0-II.   Division Two.   April 23, 2003.]

OBERDAH F. MANTEUFEL, *Appellant*, v. SAFECO INSURANCE COMPANY OF AMERICA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-09226-5, John A. McCarthy, J., entered April 8, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ. Now published at 117 Wn. App. 168.

[Nos. 40742-2-I; 43911-1-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC L. SMILEY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 94-1-03702-8, Ann Schindler, J., entered May 10, 1997. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.